IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| **CHERYL L. CARDER,** Administratrix of the Estates of **BEVERLY ANN TANNER,** and **RAYMOND GLEN TANNER**; and **RANDY TANNER,**<br><br>Plaintiffs,<br><br>vs.<br><br>**HOVEROUND CORPORATION,** a foreign corporation, and **CURTISS-WRIGHT CONTROLS INTEGRATED SENSING, INC.**, a foreign corporation,<br><br>Defendants. | CIVIL ACTION NO. 2:21-cv-00511<br><br>Judge Thomas E. Johnston<br><br>Magistrate Judge Dwane L. Tinsley |

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2022, a true copy of this ***Plaintiffs' Expert Witness Designation and Supplemental Answers to Interrogatories and Responses to Request for Production of Documents*** was electronically filed with the Clerk of this Court using CM/ECF system, who shall provide electronic notice of such filing to the following counsel of record.

J. David Bolen, Esq.
Ellen M. Jones, Esq.
DINMORE & SHOHL LLP
611 Third Avenue
Huntington, West Virginia 25701
*Counsel for Defendant, Curtiss-Wright Controls Integrated Sensing, Inc*

William J. Hanna, Esq.
Evan S. Aldridge, Esq.
Flaherty Sensabaugh Bonasso PLLC
200 Capitol Street
Charleston, West Virginia, 26301
*Counsel for Defendant Hoveround Corporation*

15

       Respectfully Submitted,

       **CHERYL L. CARDER,** Administratrix of the Estates of **BEVERLY ANN TANNER** and **RAYMOND GLEN TANNER,** and **RANDY TANNER,** *Plaintiffs*

By:   */s/ Brent E. Wear*
       Robert P. Fitzsimmons (WV Bar # 1212)
       Brent E. Wear (WV Bar # 9754)
       Clayton J. Fitzsimmons (WV Bar #10823)
       Mark A. Colantonio (WV Bar # 4238)
       **FITZSIMMONS LAW FIRM PLLC**
       1609 Warwood Avenue
       Wheeling, West Virginia 26003
       Telephone: (304) 277-1700
       Fax: (304) 277-1705
       Email: bob@fitzsimmonsfirm.com
       Email: brent@fitzsimmonsfirm.com
       Email: clayton@fitzsimmonsfirm.com
       Email: mark@fitzsimmonsfirm.com

       and

       David A. Sims (WV Bar # 5196)
       LAW OFFICES OF DAVID A. SIMS, PLLC
       P.O. Box 5349
       Vienna, West Virginia 26105
       Telephone: (304) 428-5291
       Fax: (304) 328-5293
       Email: David.sims@mywvlawyer.com

       *Counsel for Plaintiffs*